1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SURAFEL TENSAI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 4:23-cv-00443-DMR<br><br>*Assigned to the Hon. Magistrate Donna M. Ryu*<br><br>**ORDER (AS MODIFIED) GRANTING JOINT STIPULATION TO PRIVATE MEDIATION**<br><br>Complaint Filed: January 31, 2023 |

**JOINT STIPULATION TO PRIVATE MEDIATION; AND ORDER (AS MODIFIED)**

**ORDER (AS MODIFIED)**

Having considered the above Joint Stipulation, the Court hereby grants the parties' request to engage in private mediation which shall be completed **by 5/1/2024** and split the fees.

**IT IS SO ORDERED AS MODIFIED.**

Dated: January 26, 2024



_____
HON. DONNA M. RYU
Chief Magistrate Judge